# RECOMMENDATION TERMINATING
# PROBATION PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.             ) | **Docket Number:** 2:02CR00223-01 |
| ) | |
| SIRIPORN ROJANACHAICHAIN ) | |
| ) | |

**LEGAL HISTORY:**

On March 27, 2003, the above-named was placed on Probation for a period of 3 years, which commenced on March 27, 2003. Special conditions included a requirement for warrantless search and seizure, not dissipate assets, financial disclosure, no new credit, cooperate with INS, $100 special assessment and $5,000 restitution.

**SUMMARY OF COMPLIANCE:**

Siriporn Rojanachaichain has complied with all conditions and special conditions of probation, and has not been involved in any further criminal activities. Further, she has paid her special assessment and restitution in full. It is the opinion of the probation officer that Siriporn Rojanachaichain has derived maximum benefit from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that probation in this case be terminated early.

Respectfully submitted,

/s/Matthew M. Faubert
**MATTHEW M. FAUBERT**
**United States Probation Officer**

Re:     **SIRIPORN ROJANACHAICHAIN**
        **Docket Number:   2:02CR00223-01**
        **RECOMMENDATION TERMINATING**
        **PROBATION RELEASE PRIOR TO EXPIRATION DATE**


Dated:       November 30, 2005
             Sacramento, California
             MMF/cp

**REVIEWED BY:**       /s/Kyriacos M. Simonidis
                       **KYRIACOS M. SIMONIDIS**
                       **Supervising United States Probation Officer**


cc:     AUSA  (Pursuant to Rule 32, notice of proposed relief to the probationer is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Probation Prior to Expiration Date, will be submitted to the Court for approval.)

Re:     **SIRIPORN ROJANACHAICHAIN**
        **Docket Number:   2:02CR00223-01**
        **RECOMMENDATION TERMINATING**
        **PROBATION RELEASE PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

| | |
|---|---|
| 12/19/2005 | /s/ David F. Levi |
| **Date** | **David F. Levi** |
| | **Chief United States District Judge** |

MMF/cp
Attachment:   Recommendation

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office